IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Charles J. Belser III

Plaintiff(s),

v.

Incest Hurmorphodites
In The Veterans
Administration
Montgomery Watson +
JM Downs

Defendant(s).

2006 JAN 20 A 10:27

CIVIL ACTION NO. 2:06 CV 58-MEF

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P.O. 256872  (334) 561530
Montgomery 36125

2. Name and address of defendant(s): Veterans Administration Hospitals in the United States.

3. Place of alleged violation of civil rights: V.A. Hospital + Regional Office

4. Date of alleged violation of civil rights: From 1971 to 2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: There has been Continual Discrimination against me by the Incest Hurmorphodites in the Veterans Administration for years. I filed a Tort years ago but I said it was the Veterans Administration is not. The V.A. It's the Incest Hurmorphodites working in the Veterans Administration in the United States. They are in a Conspiracy against Alabama, the South, the Union and the United

1


SCANNED
1/23/06

6. Relief requested: States Federal Gov't they are Incest Hermorphodites, shit colored Nigger loving Communist they tried to kill me in 1975 in Houston Texas and have been trying drive me Insane. They are not suppose to be Working in the Veterans Administration. It is a Conspiracy. They have denied me my Benefits and Wiretapped the Apartment that I live in.

Date: 1/20/06

Charles J. Bolser III
Plaintiff(s) Signature

P.O. 250872 Montg AL
                    36117
5615430          36125