## THE VETERANS CONSORTIUM PRO BONO PROGRAM

### RETAINER AND POWER OF ATTORNEY

I want to be represented before the U.S. Court of Veterans Appeals under The Veterans Consortium Pro Bono Program. I understand that, to find out if I qualify for a pro bono (free) representative under the program, my case must be screened. I agree to be represented by any employee of The Veterans Consortium for the purpose of screening my case and providing monitoring and mentoring assistance to my free representative, if my case is accepted for placement. I understand that I will not be charged a fee and I can withdraw from this program in writing at any time.

**Consent to Release of Information:** I give my consent for any employee of The Veterans Consortium, or attorney participating in its Pro Bono Program, as my representative, to review and make copies of any material contained in my claims file in the custody of the Department of Veterans Affairs and in my case file in the custody of the U.S. Court of Veterans Appeals. If this material includes information (protected under 38 U.S.C. § 7332) about drug abuse, infection with the human immunodeficiency (HIV) virus, alcoholism or alcohol abuse, or sickle cell anemia, I specifically consent to that disclosure as well. To permit this, and for no other purpose, I waive my rights under the Privacy Act, 5 U.S.C. § 552a(b), and under any other federal or state law or regulation that controls access to my records.

DATE: 1/20/97

SIGNATURE: _Charlie J. Belser_

PRINTED NAME: Charlie J. Belser

SOCIAL SECURITY NO: 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

VA CLAIM NO. (IF NOT SSAN): 23836877

COURT CASE NO: 94-0458

ADDRESS: P.O. Box 250872

PHONE NUMBER: _____

****************************************************************

INSTRUCTIONS

If you want to be considered for representation under The Veterans Consortium Pro Bono Program, you must complete and sign this form and send it to:

The Veterans Consortium
    Pro Bono Program
601 Indiana Avenue, NW, Suite 1010
Washington, DC 20004
Do not send this form to the Court.

DO NOT WRITE IN THIS SPACE
(for Veterans Consortium)

(Rev 04/94)

IN THE UNITED STATES COURT

OF VETERANS APPEALS

| | |
|---|---|
| CHARLIE J. BELSER, JR., | ) |
| Appellant, | ) |
| | ) |
| v. | ) Vet. App. No. 94-0458 |
| | ) VA File No. C 23 830 877 |
| JESSE BROWN, | ) |
| Secretary of Veterans Affairs, | ) |
| | ) |
| Appellee. | ) |

**TRANSMITTAL OF COPY OF BOARD
OF VETERANS' APPEALS DECISION**

Pursuant to Court Order Misc. 7-91, *In Re: Preliminary Copy of Board of Veterans' Appeals Decision*, (September 16, 1991) (en banc), Jesse Brown, Secretary of Veterans Affairs, hereby transmits to the Court a copy of the decision of the Board of Veterans' Appeals in the instant appeal.

The original decision is contained in the Department of Veterans Affairs case file, which was returned to the agency of original or jurisdiction at the time the decision was rendered. In the interest of prompt compliance with the Court's Order, the attached copy of the decision is reproduced either from: (1) an electronic record, (2) a photocopy maintained by the Board of Veterans' Appeals for statistical and research purposes, or (3) the original appearing in the case file. As such, it may be a secondary record and may have been redacted to remove personal identifiers.

A true and accurate copy of the original decision of the Board of Veterans' Appeals, derived from the case file, will be

furnished in conjunction with Appellee's Transmission of the Record on Appeal in accordance with United States Court of Veterans Appeals Rules of Practice and Procedure Rule 11.

In light of the Privacy Act and other confidentiality considerations, it may have been necessary to obtain the consent of the Appellant in the instant case prior to transmitting the relevant Board of Veterans' Appeals decision. This disclosure of the decision is made either pursuant to such written consent, or under the authority of the Court's Order regarding provision of records by the Appellee to the Court. *In Re: A Motion for a Standing Order*, 1 Vet.App. 555 (1990).

Respectfully submitted,

MARY LOU KEENER
*General Counsel*

NORMAN G. COOPER
*Assistant General Counsel*

ANDREW J. MULLEN
*Special Assistant to the
  Assistant General Counsel*
Office of the General Counsel (027A)
U.S. Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C. 20420
(202) 233-8500

*Counsel for the Secretary
  of Veterans Affairs*

823

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transmittal of Copy of Board of Veterans' Appeals (BVA) Decision was placed in the VA mail dispatch system to be mailed, postage prepaid, to:

Mr. Charlie J. Belser, Jr.
4724 South Court, #121
Montgomery, AL 36105

on this the 14th day of July, 1994.

*Monica J. Skinner*
MONICA J. SKINNER
Paralegal Specialist

824