IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES J. BELSER, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-00058-MEF |
| | ) | |
| | ) | [wo] |
| MONTGOMERY WATSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On February 28, 2006, the Magistrate Judge filed a Recommendation (Doc. 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the **ORDERED** that

1. The Recommendation of the Magistrate Judge is **ADOPTED**.

2. This case is **DISMISSED** without prejudice for lack of prosecution.

DONE this the 27th day of March, 2006.

                                                    /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE