IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES J. BELSER, III                    )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        2:06-CV-00058-MEF
                                          )
                                          )        [wo]
MONTGOMERY WATSON, et al.,                )
                                          )
        Defendants.                       )

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and order entered in this case, it is ORDERED and ADJUDGED that judgment is entered in favor of the Defendants and against the Plaintiff and that this action is **DISMISSED without prejudice**.  The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this the 27th  day of March, 2006.


                        _____/s/ Mark E. Fuller_____
                        CHIEF UNITED STATES DISTRICT JUDGE